```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 14770
   JUDY A ADAMSKI
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6107

-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/09/2008 and was not confirmed.

     The case was dismissed without confirmation 09/17/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00          .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE     31296.73          .00            .00
CREDIT ACCEPTANCE CORP    SECURED VEHIC      3039.20          .00            .00
PREMIER BANKCARD          UNSECURED           524.68          .00            .00
JEWEL FOOD STORE          UNSECURED        NOT FILED          .00            .00
JEWEL FOOD STORE          UNSECURED        NOT FILED          .00            .00
HSBC                      UNSECURED            89.64          .00            .00
CITIZENS BANK             UNSECURED        NOT FILED          .00            .00
CHARTER ONE BANK          UNSECURED        NOT FILED          .00            .00
FIFTH THIRD BANK          UNSECURED        NOT FILED          .00            .00
RADIOLOGY CENTER          UNSECURED        NOT FILED          .00            .00
SAGE TELECOM INC          UNSECURED        NOT FILED          .00            .00
AT&T                      UNSECURED        NOT FILED          .00            .00
ADVANCE TIL PAYDAY        UNSECURED        NOT FILED          .00            .00
TCF BANK                  UNSECURED        NOT FILED          .00            .00
CHARTER ONE BANK CHE      UNSECURED        NOT FILED          .00            .00
CHASE HOME FINANCE LLC    MORTGAGE NOTI    NOT FILED          .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------        --------------
TOTALS                        .00                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 14770 JUDY A ADAMSKI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |